MICHAEL M. HERRICK, Bar No. 63666
HERRICK LAW OFFICES
1750 Montgomery Street, # 1104
San Francisco, CA 94111-1064
Telephone: (415) 781 2804;
Facsimile: (415) 781 8446

Attorney for Plaintiff
MIGUEL VALDEZ ALVARADO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VALDEZ ALVARADO, <br><br> Plaintiff, <br><br> v. <br><br> AL'S ROOFING SUPPY, INC., Does One through Ten, <br><br> Defendants. | CASE NO. C 07 6244 JL <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL, WITH PREJUDICE, OF UNANSWERED COMPLAINT** <br> [FRCP 41(a)(1)(i)] |

Plaintiff, MIGUEL VALDEZ ALVARADO, has, hereto, through his counsel of record, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(i), hereby is dismisses this entire action with prejudice.

DATED:

HERRICK LAW OFFICES

By _____
Michael M. Herrick
Attorney for Plaintiff
MIGUEL VALDEZ ALVARADO

1